UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DARRYL CARTER,<br><br>        Plaintiff,<br>    v.<br><br>KYOCERA DOCUMENT SOLUTIONS<br>DEVELOPMENT AMERICA, INC.,<br><br>        Defendant.<br>_____/ | No. C 13-01002 LB<br><br>**ORDER REFERRING LITIGANT TO<br>FEDERAL *PRO BONO* PROJECT** |

The court held a case-management conference today. Given some of the issues at play, the court refers Plaintiff Darryl Carter to the Federal Pro Bono Project for limited representation during settlement conferences in the manner set forth below:

1. The Clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one copy of the court file with a notice of referral of the case pursuant to the Guidelines of the Federal Pro Bono Project for referral to a volunteer attorney. The case-management conference statements provide an overview of the case.

2. If BASF locates an attorney to represent Mr. Carter, that attorney shall be appointed as counsel from now through the duration of the ADR process before the undersigned.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 13-01002 LB)