UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL CARTER,

    Plaintiff,

vs.

KYOCERA TECH. DEV., et al.

    Defendants.

Case Number: 13-cv-01002 LB

**ORDER APPOINTING COUNSEL**

    Because Plaintiff Darryl Carter has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Monique Oliver of Duckworth Peters Lebowitz Oliver LLP is hereby appointed as counsel for Mr. Carter in this matter.

    The scope of this referral shall be for:

- [ ] all purposes for the duration of the case
- [x] the limited purpose of representing the litigant in the course of
    - [ ] mediation
    - [ ] early neutral evaluation
    - [x] settlement conference
    - [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    - [ ] discovery as follows: _____
    - [ ] other: _____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED**.

Dated: November 14, 2014

United States Magistrate Judge Laurel Beeler