Monique Olivier [SBN 190385]
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: Monique@dplolaw.com

Attorney for Plaintiff
DARRYL CARTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>KYOCERA DOCUMENT SOLUTIONS DEVELOPMENT AMERICA, INC.,<br><br>    Defendants. | Case No. C13-01002 LB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** : ORDER |

On March 23, 2015, a settlement conference was held before Magistrate Jude Kandis Westmore. The matter settled and a confidential settlement agreement was executed the same day. In accordance with the settlement agreement, it is hereby stipulated by and between the parties that this action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

1

2  DATED: April 4, 2015                DUCKWORTH PETERS LEBOWITZ
                                       OLIVIER LLP
3

4                                      By: /s/ Monique Olivier
                                           Monique Olivier
5

6                                      Attorneys for Plaintiff
                                       DARYLL CARTER
7

8  DATED: April 2, 2015                OGLETREE, DEAKINS, NASH, SMOAK &
                                       STEWART, P.C.
9

10

11                                     By: /s/ Danielle A. Hinton
                                           Kevin D. Reese
12                                         Danielle A. Hinton

13                                     Attorneys for Defendant
                                       KYOCERA DOCUMENT SOLUTIONS
14                                     DEVELOPMENT AMERICA, INC.

15               ATTESTATION OF CONCURRENCE IN FILING

16      In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of

17  this document has been obtained from Monique Olivier.

18  DATED: April 7, 2015                OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.
19

20

21                                      By: /s/ Danielle A. Hinton
                                            Kevin D. Reese
22                                          Danielle A. Hinton

23                                      Attorneys for Defendant
                                        KYOCERA DOCUMENT SOLUTIONS
24                                      DEVELOPMENT AMERICA, INC.

25

26

27

28

- 2 -

**PLAINTIFF'S REQUEST FOR DISMISSAL**                                C 13-01002 LB

## **ORDER**

Based upon the Stipulation between the parties, and good cause appearing, this action is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: __April 8__, 2015          _____
                                   Honorable Laurel Beeler

20814448.1

**PLAINTIFF'S REQUEST FOR DISMISSAL**                                   **C 13-01002 LB**

- 3 -